UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LILBERT HARRIS GREGORY,<br><br>    Plaintiff,<br><br>v.<br><br>M.D.O.C. et al.,<br><br>    Defendants. | Case No. 23-11957<br>Honorable Laurie J. Michelson<br>Magistrate Judge David R. Grand |

## ORDER RESCINDING REFERENCE
## TO UNITED STATES MAGISTRATE JUDGE

For purposes of deciding the Wellpath Defendants' motion for summary judgment (ECF No. 34) and motion to dismiss (ECF No. 57), the Court HEREBY rescinds the Order of Reference to U.S. Chief Magistrate Judge David R. Grand for all pretrial proceedings (ECF No. 14).

IT IS SO ORDERED.

Dated: August 25, 2025

s/Laurie J. Michelson
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 25, 2025.

s/Tina Damoah
Case Manager to the
Honorable Laurie J. Michelson