UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LILBERT HARRIS GREGORY,<br><br>Plaintiff,<br><br>v.<br><br>WELLPATH LIQUIDATING TRUST et al.,<br><br>Defendants. | Case No. 23-11957<br>Honorable Laurie J. Michelson |

**ORDER DISMISSING CASE WITH PREJUDICE**

On June 17, 2026, the parties advised the Court that this case had settled. (Minute Entry Dated June 17, 2026.) Nothing remained for the Court to do, however, so on September 16, 2026, the Court dismissed the case. (ECF No. 96.) The Court explained if "the settlement falls through, Plaintiff may move to reopen the case no later than October 15, 2026." (*Id.* at PageID.1065.) "And if no motion is filed," the Court explained, "the Court will dismiss the case with prejudice." (*Id.*) That deadline has passed, including the time for mailing, Fed. R. Civ. P. 6(d), without the filing of any motion. Thus, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: October 23, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE